UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRIDGETT MARZETT, ) | |
| ) | CIVIL ACTION FILE |
| Plaintiff, ) | |
| v. ) | NO. 1:20-CV-3811-JPB-CCB |
| ) | |
| EXEL INC. d/b/a DHL DURACELL, ) | |
| ) | |
| Defendant. ) | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, through undersigned counsel, hereby file this Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and seek to dismiss with prejudice all claims in this case.

Respectfully submitted this 4th day of May, 2021.

| | |
|---|---|
| /s/ *J. Stephen Mixon* | /s/ *David R. Kresser* |
| J. Stephen Mixon | David R. Kresser |
| Georgia Bar No. 514050 | Georgia Bar No. 429615 |
| J. STEPHEN MIXON, PC | FISHER & PHILLIPS LLP |
| 1691 Phoenix Boulevard, Suite 150 | 1075 Peachtree Street, NE, Suite 3500 |
| Atlanta, Georgia  30349 | Atlanta, Georgia  30309 |
| (770) 955-0100 | (404) 231-1400 |
| (678) 669-2037 Facsimile | (404) 240-4249 Facsimile |
| steve@mixon-law.com | dkresser@fisherphillips.com |
| **Counsel for Plaintiff** | **Counsel for Defendant** |